# Court of Appeals
# of the State of Georgia

ATLANTA,   February 03, 2016

*The Court of Appeals hereby passes the following order:*

## A16D0224. DUSTIN CARROLL v. JAMES DAVIS.

Prior to the deadline for filing an application for discretionary appeal, Dustin Carroll obtained an extension of time in which to file.[1] Carroll attempted to e-file the application on January 11, 2016, the due date. But he mistakenly filed the application under the emergency motion case number, which resulted in the application being returned without having been docketed. Carroll successfully e-filed the application on January 12, 2016. He also filed a "motion to accept as date submitted," requesting that we use January 11th as the filing date.

Under OCGA § 5-6-30, this Court is required to liberally construe the Appellate Practice Act to bring about a decision on the merits. In keeping with this mandate, Carroll's motion is hereby GRANTED. Upon review of the merits, however, the application is DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____ 02/03/2016 _____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Because there is no application pending when such an extension is sought, motions for an extension are treated as emergency motions and assigned an emergency motion number.